1  **WO**

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE DISTRICT OF ARIZONA

7

8  United States of America,                )
                                            )    CR02-00811-001-PCT-JAT
9          Plaintiff,                       )
                                            )    **ORDER**
10 vs.                                       )
                                            )
11                                           )
   REED RAYMOND LEE,                        )
12                                           )
          Defendant.                        )
13 _____         )
                                            )
14

15

16       The defendant appeared in court with counsel. The defendant's probable cause hearing

17 and detention hearing were waived by defendant through defense counsel.   The Court finds

18 probable cause to believe the defendant violated the terms of his supervised release as alleged

   in the petition.

19
         IT IS ORDERED that the defendant is detained as flight risk and danger, pending

20 further revocation proceedings. Pursuant to Rule 32.1(a)(6) defendant has failed to show he

21 is not a flight risk or a danger.

22       DATED this 4th day of December, 2007.

23

24

25

26       _____
                    Mark E. Aspey
27          United States Magistrate Judge

28